**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RAZZOO'S INC., *et al.*,[1] ) | Case No. 25-90522 (ARP) |
| ) | |
| Debtors ) | (Jointly Administered) |

**THE UNITED STATES TRUSTEE'S**
**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE ALFREDO R. PEREZ
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Sections 1102(a) and (b)(1) of the United States Bankruptcy Code, hereby appoints the following eligible unsecured creditors to the Official Committee of Unsecured Creditors in the above captioned cases:

| | **Creditor** | **Representative** |
|---|---|---|
| 1 | My Tech Texas, LLC<br>2201 Long Prairie Rd., #107-153<br>Flower Mound, TX 75022 | Justin Roby, COO<br>justin@mytechtexas.com |
| 2 | South Loop Development, LLC<br>4010 82nd Street, Suite 100<br>Lubbock, Texas 79423 | Christian A. McClendon<br>christy@gracorealestate.com |
| 3 | Sabine 2016-1, LLC<br>P.O. Box 302593<br>Austin, TX 78703 | Patrick Willis<br>orangedoorllc@icloud.com |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Razzoo's, Inc. (9753) and Razzoo's Holdings, Inc. (9608). The Debtors' service address is 14131 Midway Road, Suite 750, Addison, Texas 75001.

SIGNED on October 14, 2025.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By: */s/ C. Ross Travis*
C. Ross Travis
Trial Attorney
LA State Bar No. 40083
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (202) 603-5225
C.Ross.Travis@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 14th day of October 2025.

*/s/ C. Ross Travis*
C. Ross Travis