IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RAZZOO'S, INC., *et al.*,[1] | Case No. 25-90522 (ARP) |
| Debtors. | (Jointly Administered) |

### THIRTY THREE 97 LLC'S
### WITNESS AND EXHIBIT LIST FOR HEARING ON NOVEMBER 4, 2025

Thirty Three 97 LLC ("Lender"), successor in interest to First Horizon Bank in its capacity as Senior Secured Lender, hereby files this Witness and Exhibit List in connection with the hearing scheduled for November 4, 2025 at 11:00 a.m. (CT) (the "Hearing").

### WITNESSES

Lender may call any of the following witnesses at the Hearing, whether in person, by proffer, by declaration, or through video or telephonic appearance, or any other means directed by the Court:

1. Any witness designated or called by any other party.

2. Any witnesses necessary for impeachment or rebuttal.

### EXHIBITS

Lender designates the following exhibits that may be used at the Hearing:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Razzoo's, Inc. (9753) and Razzoo's Holdings, Inc. (9608). The Debtors' service address is 14131 Midway Road, Suite 750, Addison, Texas 75001.

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Interim DIP Order [ECF 60] | | | | |
| 2. | Credit Agreement dated May 19, 2022 | | | | |
| 3. | Term Loan Note dated May 19, 2022 | | | | |
| 4. | Development Loan Note dated May 19, 2022 | | | | |
| 5. | Revolving Loan Note dated May 19, 2022 | | | | |
| 6. | Collateral Agreement dated May 19, 2022 | | | | |
| 7. | Copyright Security Agreement dated May 19, 2022 | | | | |
| 8. | Trademark Security Agreement dated May 19, 2022 | | | | |
| 9. | UCC-1 Financing Statement | | | | |
| 10. | Notice of Recordation of Assignment Document with U.S. Patent and Trademark Office | | | | |
| 11. | First Amendment to Credit Agreement dated June 11, 2023 | | | | |
| 12. | Second Amendment dated February 28, 2024 | | | | |
| 13. | Third Amendment dated September 10, 2024 | | | | |
| 14. | Loan Sale Agreement dated October 21, 2025 | | | | |
| 15. | Executed Assignment and Assumption dated October 23, 2025 | | | | |

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 16. | Notice of Loan Sale Agreement and Executed Assignment and Assumption by and between First Horizon Bank and Thirty Three 97 LLC [ECF 102] | | | | |

Lender asks that the Court take judicial notice of the pleadings and transcripts filed (including any and all schedules, amendments, exhibits, and other attachments thereto) in the proceedings before this Court.

Lender reserves the right to use additional demonstrative exhibits in connection with the Hearing.  Lender reserves the right to use any exhibits presented by any other party.  Lender reserves the right to amend and/or supplement this exhibit list.  Lender also reserves the right to use exhibits not listed herein for impeachment or rebuttal purposes at the hearing.

[*Remainder of page intentionally left blank*]

Dated: October 31, 2025

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Kevin M. Lippman*
    Kevin M. Lippman
    Texas Bar No. 00784479
    Jonathan S. Petree
    Texas Bar No. 24116897
    500 N. Akard Street, Suite 4000
    Dallas, Texas 75201-6659
    Telephone: (214) 855-7500
    E-mail: klippman@munsch.com
               jpetree@munsch.com

*Counsel for Thirty Three 97 LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 31, 2025, a true and correct copy of the foregoing was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

    */s/ Jonathan S. Petree*
    Jonathan S. Petree