# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RAZZOO'S, INC., *et al.*,[1] | Case No. 25-90522 (ARP) |
| Debtors. | (Jointly Administered) |

## WITNESS & EXHIBIT LIST FOR HEARING ON NOVEMBER 4, 2025

The Official Committee of Unsecured Creditors in the above-captioned cases (the "**Committee**"), by and through its undersigned counsel, files its Witness & Exhibit List for the hearing on November 4, 2025, at 11:00 a.m. prevailing central time (the "**Hearing**"), before the Honorable Alfred Perez, United States Bankruptcy Judge.

## WITNESSES

The Committee may call any of the following witnesses at the Hearing:

1. Any witness called or designated by any other party.

2. Any witness necessary to impeach the testimony of any witness called or designated by any other party.

3. Any witness necessary to rebut the testimony of any witness called or designated by any other party.

4. The Committee reserves the right to cross examine any witness called by any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Razzoo's, Inc. (9753) and Razzoo's Holdings, Inc. (9608). The Debtors' service address is 14131 Midway Road, Suite 750, Addison, Texas 75001.

**EXHIBITS**

The Committee may offer into evidence one or more of the following exhibits at the Hearing:

| Ex. # | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1. | Any document, pleading, exhibit, transcript, order, or other document filed in the above-captioned bankruptcy case | | | |
| 2. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | |
| 3. | Any exhibit offered or identified by any other party | | | |

The Committee reserves the right to supplement and/or amend this Witness & Exhibit List prior to the Hearing.

Dated: October 31, 2025

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: /s/ *William Hotze*
William Hotze
TX State Bar No. 24087754
Nicholas Zugaro
TX State Bar No. 24070905
5 Houston Center
1401 McKinney Street, Suite 1625
Houston, Texas 77010
Telephone: (713) 904-6900
Email: whotze@dykema.com
         nzugaro@dykema.com

*Proposed Counsel for the Committee*

## **CERTIFICATE OF SERVICE**

This is to certify that on October 31, 2025, a true and correct copy of the foregoing notice was filed with the Court and served via the Court's electronic case filing system (ECF) upon all parties receiving such electronic service in this bankruptcy case.

>   */s/ William Hotze*
>   William Hotze