# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RAZZOO'S, INC., *et al.*, | Case No. 25-90522 (ARP) |
| Debtors.[1] | (Jointly Administered) |

## PROPOSED AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 4, 2025

| | |
|---|---|
| **Time and Date of Hearing**: | **November 4, 2025 at 11:00 a.m.** |
| **Location of Hearing:** | United States Bankruptcy Court for the Southern District of Texas, Houston Division<br>515 Rusk, Courtroom 400<br>Houston, Texas 77002 |
| **Copies of Pleadings:** | A copy of each pleading can be obtained by visiting the website of the Debtors' Chapter 11 Cases established by the Debtors' claims and noticing agent at the link set forth below:<br>https://bankruptcy.angeiongroup.com/Clients/rzo/Index |

## Matters Set for Hearing

1. Final Hearing on *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral; (II) Authorizing the Debtors to Obtain Secured Post-Petition Financing; (III) Granting Liens and Superpriority Claims; (IV) Granting Adequate Protection; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 22]

   **Related Documents:**

   (i) *First Horizon Bank's Preliminary Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral; (II) Authorizing the Debtors to Obtain Secured Post-Petition Financing; (III) Granting*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Razzoo's, Inc. (9753) and Razzoo's Holdings, Inc. (9608). The Debtors' service address is 14131 Midway Road, Suite 750, Addison, Texas 75001.

(i) *Liens and Superpriority Claims; (IV) Granting Adequate Protection; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 29]

(ii) *Texas Comptroller of Public Accounts' Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral; (II) Authorizing the Debtors to Obtain Secured Post-Petition Financing; (III) Granting Liens and Superpriority Claims; (IV) Granting Adequate Protection; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 45]

(iii) *Notice of (I) Selection of First Horizon Bank as DIP Lender; and (II) Filing Revised Proposed DIP Loan Documents* [Docket No. 48]

(iv) *Interim Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Superpriority Administrative Expense Claims, (II) Modifying the Automatic Stay, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief* [Docket No. 60]

(v) *Notice of Final Hearing* [Docket No. 61]

(vi) *Affidavit of Service* [Docket No. 70]

(vii) Simon Property Group, L.P.'s *Objection to Debtors' Emergency Motion for Entry of Inteerim (sic) and Final Orders (i) Authorizing Use of Cash Collateral, (II) Authorizing the Debtors to Obtain Secured Post-Petition Financing; (III) Granting Liens and Superpriority Claims; (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 95] **[Firewheel Landlord and Concord Landlord]**

(viii) *DRP Market Heights Property Owner, LLC's Limited Objection, Reservation of Rights, and Joinder Related to Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral; (II) Authorizing the Debtors to Obtain Secured Post-Petition Financing; (III) Granting Liens and Superpriority Claims; (IV) Granting Adequate Protection; (V) Scheduling a Final Hearing and (VI) Granting Related Relief* [Docket No. 98] **[Harker Heights Landlord]**

(ix) RPI Bryant Irvan, Ltd.'s *Limited Objection and Joinder to Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral, (I) Authorizing the Debtors to Obtain Secured Post-Petition Financing; (III) Granting Liens and Superpriority Claims; (IV) Granting Adequate Protection, (V) Scheduling a Final Heairng, and (V) Granting Related Relief* [Docket No. 99] **[Cityview Landlord]**

(x) *Notice of Loan Sale Agreement and Executed Assignment and Assumption by and Between First Horizon Bank and Thirty Three 97 LLC* [Docket No. 102]

      **Status:** This matter is not going forward. The Debtors, the Committee and the new Senior Secured Lender have conferred and agreed that additional time is needed to negotiate and finalize a proposed Final Order and Approved Budget. The parties have agreed to seek a brief continuance on this matter and request that the Court reset the Final Hearing on or before November 7, 2025.

2. *Debtors' Motion for (I) Entry of an Order (A) Approving Bidding Procedures; (B) Assumption and Assignment Procedures; and (C) Stalking Horse Procedures and Bid Protections; (D) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; and (E) Approving Forms of Notice Thereof; (II) Entry of an Order After the Sale Hearing Authorizing the Debtors to (A) Sell their Assets; and (B) Assume and Assign Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 69]

   **Related Documents:**

   (i) Proposed Sale Notice [Docket No. 69-1]

   (ii) Proposed Cure Notice [Docket No. 69-2]

   (iii) Proposed Bidding Procedures Order [Docket No. 69-3]

   (iv) *Affidavit of Service* [Docket No. 80]

   (v) Revised Proposed Bidding Procedures Order [Docket No. 122]

   **Status:** This matter is going forward. No party in interest has objected to the relief requested as it relates to the Bidding Procedures or entry of the proposed Bidding Procedures Order. The Debtors will seek entry of the proposed form of Bidding Procedures Order filed at Docket No. 122.

3. *Debtors' Emergency Application for Entry of an Order (I) Authorizing the Retention of Stout Capital, LLC as Investment Banker to the Debtors, Effective as of the Petition Date, and (II) Granting Related Relief* [Docket No. 77]

   **Related Documents:**

   (i) Engagement Agreement [Docket No. 77-1]

   (ii) Declaration of Luis Pillich [Docket No. 77-2]

   (iii) Proposed Order [Docket No. 77-3]

   (iv) *Affidavit of Service* [Docket No. 89]

**Status:** This matter is going forward. No party in interest has objected to the relief requested. The Debtors will seek entry of the proposed form of Order filed at Docket No. 77-3.

4. *Debtors' Emergency Motion for Entry of an Order (I) Extending Time for Performance of Obligations Arising Under Unexpired Non-Residential Real Property Leases, and (II) Granting Related Relief* [Docket No. 79]

    **Related Documents:**

    (i) Proposed Order [Docket No. 79-1]

    (ii) *Affidavit of Service* [Docket No. 90]

    (iii) Simon Property Group, L.P.'s *Limited Objection to Debtors' Emergency Motion for Entry of an Order (I) Extending Time for Performance of Obligations Arising Under Unexpired Nonresidential Real Property Leases, and (II) Granting Related Relief* [Docket No. 96] **[Firewheel Landlord and Concord Landlord]**

    (iv) *DRP Market Heights Property Owner, LLC Objection to the Debtors' Emergency Motion for Entry of an Order (I) Extending Time for Performance of Obligations Arising Under Unexpired Non-Residential Real Property Leases, and (II) Granting Related Relief* [Docket No. 97] **[Harker Heights Landlord]**

    (v) RPI Bryant Irvin, Ltd.'s *Limited Objection to Debtors' Emergency Motion for Entry of an Order (I) Extending Time for Performance of Obligations Arising Under Unexpired Nonresidential Real Property Leases, and (II) Granting Related Relief* [Docket No. 112] **[Cityview Landlord]**

    (vi) IA Round Rock University Oaks, L.P.'s *Joinder and Limited Objection to Debtors' Emergency Motion for Entry of an Order (I) Extending Time for Performance of Obligations Arising Under Unexpired Nonresidential Real Property Leases, and (II) Granting Related Relief* [Docket No. 118] **[Round Rock Landlord]**

    (vii) UTC Realty, Ltd.'s *Objection to Debtors' Emergency Motion for Entry of an Order (I) Extending Time for Performance of Obligations Arising Under Unexpired Non-Residential Real Property Leases, and (II) Granting Related Relief, and Request for Adequate Protection* [Docket No. 119] **[College Station Landlord]**

    (viii) *Alto Craig Crossing, LP'S Objection to the Debtor's Emergency Motion for Entry of an Order (I) Extending Time for Performance of Obligations Arising Under Unexpired Non-Residential Real Property Lease, and (II) Granting Relef* [Docket No. 120] **[McKinney Landlord]**

    (ix) Revised Proposed Order [Docket No. 123]

**Status:** This matter is going forward. The Debtors have conferred with counsel for the various objecting Landlords in an effort to reach a consensual resolution pursuant to a revised form of Order negotiated by the parties. Subject to final agreement of the objecting Landlords, the Debtors will seek entry of the proposed Order filed at Docket No. 123. If an agreement is not reached, the Debtors will proceed with the contested hearing on this matter.

Respectfully submitted this 3rd of November, 2025.

**OKIN ADAMS BARTLETT CURRY LLP**

By:     /s/ *Ryan A. O'Connor*
          Matthew S. Okin
          Texas Bar No. 00784695
          Email: mokin@okinadams.com
          Ryan A. O'Connor
          Texas Bar No. 24098190
          Email: roconnor@okinadams.com
          Kelley Killorin Edwards
          Texas Bar No. 24129017
          Email: kedwards@okinadams.com
          1113 Vine St., Suite 240
          Houston, Texas 77002
          Tel: 713.228.4100
          Fax: 346.247.7158

**PROPOSED ATTORNEYS FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025 a true and correct copy of the foregoing Agenda was served via this Court's CM/ECF notification system to those parties registered for service upon filing of the same.

By:     /s/ *Ryan A. O'Connor*
          Ryan A. O'Connor