# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Tuesday, November 4, 2025

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Annmarie | Chiarello | Winstead | DRP Market Heights Property Owner, LLC |
| Zachary | Cooper | Snell & Wilmer | First Horizon Bank |
| Michael | Fishel | Fishel Law Group | TJF Financial LLC |
| Chris | Halgren | McGinnis Lochridge LLP | IA Round Rock University Oaks LP |
| William | Hotze | Dykema Gossett PLLC | Official Committee of Unsecured Creditors |
| Chris | Murphy | General | Texas Comptroller of Public Accounts |
| Ryan | O'Connor | Okin Adams Bartlett Curry LLP | Debtors |
| Matthew | Okin | Okin Adams | Debtors |
| Jonathan | Petree | P.C. | Thirty Three 97, LLC |
| Michelle | Shriro | Singer & Levick, PC | Southlake Investment LLC and Nuveen |
| Ross | Travis | US Dept of Justice | US Trustee |