IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-90522 |
| | § | |
| Razzoo's, Inc. *et al.*,[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

### JOINDER TO THE JOINT LIMITED OBJECTION OF THE TEXAS TAXING AUTHORITIES TO THE DEBTORS' PROPOSED FREE AND CLEAR SALE TRANSACTION

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW Collin County Tax Assessor/Collector, on behalf of Collin County, Collin College, City of McKinney, and McKinney Independent School District, secured creditors and parties in interest (the "Collin County Tax Assessor/Collector") and files this its Joinder to the Joint Limited Objection of the Texas Taxing Authorities to the Debtors' Proposed Free and Clear Sale Transaction, and would respectfully show the Court as follows:

Background

1.  The Collin County Tax Assessor/Collector is a political subdivision of the State of Texas, authorized and required by the Texas Constitution and laws to levy and collect taxes on taxable personal and real property within its boundaries, in order to operate and discharge its public purposes.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Razzoo's, Inc. (9753) and Razzoo's Holdings, Inc. (9608). The Debtors' service address is 14131 Midway Road, Suite 750, Addison, Texas 75001

2. On October 13, 2025 The Collin County Tax Assessor/Collector timely filed its secured proof of claim (Claim No. 19) for 2025 in the amount of $3,126.92 (the "Tax Claim"). The claim is secured by tax liens on the tangible personal, real and mineral property of the Debtors within Collin County, Texas (the "Tax Liens"). The Tax Liens attach to the taxpayer's property on January 1 of each tax year. The 2025 taxes are now due.

3. The Tax Liens are superior to any other secured claim in this case as provided by Article VIII, Section 15 of the Texas Constitution, and Section 32.01 and Section 32.05(b) of the Texas Property Tax Code.

4. On December 8, 2025, The Texas Taxing Authorities filed its Joint Limited Objection to the Debtors' Proposed Free and Clear Sale Transaction (the "Objection") (Docket No. 173) seeking that the Debtors' Assets not be sold free and clear of the tax liens without payment and/or appropriate lien retention language. The Collin County Tax Assessor/Collector shares these concerns.

## Joinder

5. Collin County Tax Assessor/Collector joins in the Texas Taxing Authorities' Objection the extent that the Debtors' Proposed Sale Transaction seeks to sell assets free and clear of the Collin County Tax Assessor's statutory tax liens.

6. Any special language included in an order for the benefit of other Texas taxing authorities should specifically and equally apply to Collin County Tax Assessor/Collector as well.

## Prayer

WHEREFORE, Collin County Tax Assessor/Collector respectfully requests (1) appropriate protection for Collin County's Tax Claims, and (2) for the Court to grant it further relief as is just and proper.

Dated: December 8, 2025

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

By: /s/ *Paul M. Lopez*
**Paul M. Lopez**
State Bar No. 24076516
plopez@abernathy-law.com
**Emily M. Hahn**
State Bar No. 24101846
ehahn@abernathy-law.com
**Abernathy, Roeder, Boyd & Hullett, P.C**.
1700 Redbud Blvd., Ste. 300
McKinney, Texas  75069
Telephone: (214) 544-4000
Telecopier: (214) 544-4040

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the foregoing document was served on this 8th day of December, 2025, on all parties requesting service via the Court's ECF system.

          */s/Paul M. Lopez*
          Paul M. Lopez