IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RAZZOO'S, INC., *et al.*, | Case No. 25-90522 (ARP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF RESET SALE HEARING**
(Relates to Docket Nos. 69 and 130)

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. A hearing (the "Sale Hearing") has been reset[2] for **December 23, 2025 at 1:00 p.m.** (prevailing Central Time) before the Honorable Alfredo R. Pérez, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of Texas (the "Court"), to consider the sale of substantially all of the Debtors' assets and other relief requested as more fully set forth in the Sale Motion [Docket No. 69] and the Bidding Procedures Order [Docket No. 130] entered by the Court.

2. **Pursuant to the Procedures for Complex Cases in the Southern District of Texas, the Sale Hearing will be held virtually by audio and video communication only**. Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is **282694.** Video communication will be by use of the **GOTOMEETING** platform. Connect via the free GoToMeeting application or click the link on Judge Pérez's homepage. The meeting code is "**JudgePerez**". Click the settings icon in the upper right corner and enter your name under the personal information setting.

3. Parties are encouraged to review the Court's procedures for virtual appearances located on the Court's website at: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Razzoo's, Inc. (9753) and Razzoo's Holdings, Inc. (9608). The Debtors' service address is 14131 Midway Road, Suite 750, Addison, Texas 75001.

[2] Pursuant to the Bidding Procedures Order, the Sale Hearing was previously scheduled for December 19, 2025 at 9:00 a.m. (prevailing Central Time). *See* Docket No. 130.

Respectfully submitted on the 18th day of December, 2025.

**OKIN ADAMS BARTLETT CURRY LLP**

By:  /s/ *Ryan A. O'Connor*
Matthew S. Okin
Texas Bar No. 00784695
Email: mokin@okinadams.com
Ryan A. O'Connor
Texas Bar No. 24098190
Email: roconnor@okinadams.com
Kelley Killorin Edwards
Texas Bar No. 24129017
Email: kedwards@okinadams.com
1113 Vine St., Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 346.247.7158

**ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF notification system to those parties registered for service upon filing of the same.

By:  /s/ *Ryan A. O'Connor*
Ryan A. O'Connor

2

4896-4398-0650, v. 2