IN THE UNITED STATES BANKRUTPCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RAZZOO'S, INC., *et al.*, | Case No. 25-90522 (ARP) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF EDGAR GUEVARA IN SUPPORT OF DEBTORS' MOTION FOR (I) ENTRY OF AN ORDER (A) APPROVING BIDDING PROCEDURES; (B) ASSUMPTION AND ASSIGNMENT PROCEDURES; AND (C) STALKING HORSE PROCEDURES AND BID PROTECTIONS; (D) SCHEDULING BID DEADLINE, AUCTION DATE, AND SALE HEARING DATE; AND (E) APPROVING FORMS OF NOTICE THEREOF; (II) ENTRY OF AN ORDER AFTER THE SALE HEARING AUTHORIZING THE DEBTORS TO (A) SELL THEIR ASSETS; AND (B) ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) GRANTING RELATED RELIEF**

I, Edgar Guevara, being duly sworn, depose and say:

1. My name is Edgar Guevara. I am over the age of eighteen and am fully competent to make this Declaration. I have never been convicted of a felony or crime of dishonesty or moral turpitude. I have personal knowledge of the facts stated herein.

2. I submit Declaration in support of the *Debtor's Motion for (I) Entry of an Order (A) Approving the Bidding Procedures; (B) Assumption and Assignment Procedures; and (C) Stalking Horse Procedures and Bid Protections; (D) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; and (E) Approving Forms of Notice Thereof; (II) Entry of an Order After the Sale Hearing Authorizing the Debtors to (A) Sell Their Assets; and (B) Assume and Assign Certain*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Razzoo's, Inc. (9753) and Razzoo's Holdings, Inc. (9608). The Debtors' service address is 14131 Midway Road, Suite 750, Addison, Texas 75001.

*Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 69] (the "Sale Motion").

3. I am the President and Chief Executive Officer of M Crowd Restaurant Group, Inc., ("M Crowd") a Texas corporation. M Crowd Restaurant Group, LTD is the ultimate parent of ThirtyThree97 LLC (the "Buyer").[2] M Crowd manages the Buyer.

4. M Crowd is a Dallas-based company that develops and operates restaurant concepts. It is committed to serving the highest quality food by attentive, trained professionals. Currently, M Crowd operates several restaurants including Mi Cocina, The Mercury, and Vaqueros.

5. As the President and Chief Executive Officer of M Crowd, I can confirm that the Buyer has the authority to execute, deliver, and consummate the Asset Purchase Agreement, filed at Docket No. 166-1 (as may be amended or revised), and all other documents contemplated thereby.

6. As part of the sale process, I assisted in negotiating the Asset Purchase Agreement. The Asset Purchase Agreement was negotiated without collusion, in good faith, and at arms' length among the Debtors, the Buyer, and M Crowd. All the terms and conditions of the Asset Purchase Agreement are an integral and necessary part of the Asset Purchase Agreement.

7. Neither the Buyer nor any of its affiliates, including M Crowd, or agents have any undisclosed agreements with the Debtors, and neither the Debtors, the Buyer nor M Crowd has engaged in any conduct that would cause or permit the application of Bankruptcy Code § 363(n) to the sale that is described herein or in the Asset Purchase Agreement (the "Sale") or any of the transaction documents and related instruments contemplated thereunder.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Asset Purchase Agreement filed at Docket No. 166-1.

DECLARATION OF EDGAR GUEVARA – PAGE 2
v.

8. The Buyer purchased the prepetition secured debt and the postpetition debtor-in-possession financing facility from First Horizon Bank, as disclosed in the *Notice of Loan Sale Agreement and Executed Assignment and Assumption by and between First Horizon Bank and ThirtyThree97 LLC* [Docket No. 102]. The Court approved the facility in its *Final Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Superpriority Administrative Expense Claims, (II) Modifying the Automatic Stay, and (III) Granting Related Relief* [Docket No. 137].

9. The Buyer is purchasing the assets in good faith and is a good faith buyer within the meaning of Bankruptcy Code § 363(m). The Buyer has proceeded in good faith in all respects in connection with the sales process, including, but not limited to, complying with the provisions in the *Order (I) Approving (A) Bidding Procedures; (B) Assumption and Assignment Procedures; and (C) Stalking Horse Procedures and Bid Protections; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; (III) Approving Forms of Notice Thereof; and (IV) Granting Related Relief* [Docket No. 130], and disclosing all agreements and all payments to be made by the Buyer with respect to the transactions set forth in the Asset Purchase Agreement.

10. The Buyer will not enter into the Asset Purchase Agreement and will not consummate the transaction described therein if the assets specified in the Asset Purchase Agreement are not sold free and clear of any and all liens, claims, and encumbrances.

11. The Buyer has the financial ability to close on the Sale by paying the Cure Costs, if any, and assuming the Assumed Liabilities on Schedule 2.5(a)(iii) to the Asset Purchase Agreement.

12. If the Court approves the Sale on the terms contained in the Asset Purchase Agreement, the Buyer intends to close the Sale on or about December 29, 2025.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the facts set forth in the foregoing Declaration are true and correct to the best of my knowledge, information, and belief.

Dated: December 19, 2025   THIRTYTHREE97 LLC
a Delaware limited liability company

By: M CROWD RESTAURANT GROUP, LTD.
a Texas limited partnership and sole member

By: M Crowd Restaurant Group, Inc.
a Texas corporation and its Genera Partner

By: _____
Name: Edgar Guevara
Title: President & Chief Executive Officer