# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RAZZOO'S, INC., *et al.*, | Case No. 25-90522 (ARP) |
| Debtors.[1] | (Jointly Administered) |

## PROPOSED AGENDA FOR HEARING SCHEDULED FOR DECEMBER 23, 2025

| | |
|---|---|
| **Time and Date of Hearing**: | **December 23, 2025 at 1:00 p.m.** |
| **Location of Hearing:** | United States Bankruptcy Court for the Southern District of Texas, Houston Division *Virtual Hearing Only* |
| **Copies of Pleadings:** | A copy of each pleading can be obtained by visiting the website of the Debtors' Chapter 11 Cases established by the Debtors' claims and noticing agent at the link set forth below: https://bankruptcy.angeiongroup.com/Clients/rzo/Index |

## Matters Set for Hearing

1. *Motion for (I) Entry of an Order (A) Approving Bidding Procedures; (B) Assumption and Assignment Procedures; and (C) Stalking Horse Procedures and Bid Protections; (D) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; and (E) Approving Forms of Notice Thereof*, in addition to Motion to Sell *Substantially all of the Debtors' Assets* Free and Clear of Liens as Described in Section 363(f) [Docket No. 69]

   **Related Documents:**

   (i) *Order (I) Approving (A) Bidding Procedures; (B) Assumption and Assignment Procedures, and (C) Stalking Horse Procedures and Bid Protections; (II) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; (III) Approving Forms of Notice Thereof; and (IV) Granting Related Relief* [Docket No. 130]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Razzoo's, Inc. (9753) and Razzoo's Holdings, Inc. (9608). The Debtors' service address is 14131 Midway Road, Suite 750, Addison, Texas 75001.

(ii) *Notice of Filing Approved Forms of Bidding Procedures, Sale Notice, and Cure Notice* [Docket No. 144]

(iii) *Affidavit of Service Regarding Notice of Proposed Sale of Assets, Auction and Sale Hearing* [Docket No. 147]

(iv) *Affidavit of Service Regarding Notice of Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and Associated Cure Amounts* [Docket No. 148]

(v) *Notice of Extension of Stalking Horse Designation Deadline* [Docket No. 163]

(vi) *Notice of Selection of Stalking Horse Purchaser.* [Docket No. 166]

(vii) *Notice of Selection of Winning Bidder* [Docket No. 178]

(viii) *Debtors' Witness and Exhibit List for Sale Hearing* [Docket No. 188]

(ix) *Notice of Reset Sale Hearing.* [Docket No. 190]

(x) Notice *of Filing Schedule of Proposed Assigned Contracts and Excluded Contracts.* [Docket No. 192]

(xi) Declaration of Philip Parsons in Support of Debtors' Sale Motion [Docket No. 193]

(xii) Declaration of Luis Pillich in Support of Debtors' Sale Motion [Docket No. 194]

(xiii) Declaration of Edgar Guevara in support of Debtors' Sale Motion [Docket No. 195]

(xiv) Proposed Sale Order [Docket No. ___]

## Objections and Status

1. O*bjection to Debtors' Proposed Cure Amount.* Filed by AZHP2 Development, LLC [Docket No. 157] (Spring - Matthew Hoffman)

    (i) *Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology.* Filed by AZHP2 Development, LLC [Docket No. 185]

    (ii) *Witness and Exhibit List.* Filed by AZHP2 Development, LLC [Docket No. 187]

    **Status**: *Moot* – Lease is not being assigned to Buyer and will be rejected in the Sale Order.

2. *Limited Objection to Notice of Filing Approved Forms of Bidding Procedures.* Filed by TGA TX Infill GSW LLC [Docket No. 167] (Warehouse- Michelle Shiro)

   **Status**: *Moot* – Lease is not being assigned to Buyer and will be rejected in the Sale Order.

3. *Objection and Reservation of Rights Regarding Razzoo's, Inc.'s Motion to Sell.* Filed by Oracle America, Inc. [Docket No. 170] (POS Software-Jason Blackstone)

   **Status**: *Moot* – Contract is not being assumed and assigned to Buyer; Debtors will retain contract during transition period.

4. *Limited Objection to Notice of Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and Associated Cure Amounts.* Filed by Simon Property Group, L.P. [Docket No. 171] (Garland/Firewheel – Michelle Shiro)

   **Status**: *Moot* – Lease is not being assigned to Buyer and will be rejected in the Sale Order.

5. *Limited Objection and Reservation of Rights to Debtors' Cure Notice and Potential Assumption and Assignment of the Case.* Filed by RPI Bryant Irvin, Ltd. [Docket No. 172] (Fort Worth/Bryant Irvin Rd. – Michelle Shriro)

   **Status**: *Resolved* – Lease will be assumed and assigned to Buyer; Revised Cure Cost amount shown on Contract and Cure Schedule at Docket No. 192-1.

6. *Joint Objection of the Texas Taxing Authorities to the Debtors' Proposed Free and Clear Sale Transaction.* Filed by Burleson ISD, Carrollton-Farmers Branch ISD, City of Garland ISD c/o Linda D. Reece Perdue, Brandon, Fielder, Collins, & Mott, L.L.P., City of Burleson, City of Pasadena, Dallas County, Fort Bend County, Harris County ESD #07, Harris County ESD #11, Johnson County, Lubbock Central Appraisal District, Lewisville ISD, Lone Star College System, Pasadena Independent School District et al., Richardson ISD, Tarrant County, Tax Appraisal District of Bell County, The County of Brazos, Texas, The County of Denton, Texas, The County of Williamson, Texas [Docket No. 173]

   **Status**: *Resolved* – The parties have agreed to language in the proposed Sale Order resolving the objection.

7. *Objection to Cure Notice.* Filed by DRP Market Heights Property Owner, LLC [Docket No. 174] (Harker Heights – Annmarie Chiarello)

   **Status**: *Resolved* – Lease will be assumed and assigned to Buyer; Revised Cure Cost amount shown on Contract and Cure Schedule at Docket No. 192-1.

8. *Limited Objection and Reservation of Rights to Debtors' Cure Notice and Potential Assumption and Assignment of Lease.* Filed by SS Southlake Investment LLC [Docket No. 175] (Irving – Michelle Shriro)

   **Status**: *Moot* – Lease is not being assigned to Buyer and will be rejected in the Sale Order.

9. *Objection and Reservation of Rights to Debtors' Proposed Cure Amount.* Filed by Matco Investments [Docket No. 176] (Mesquite/Town Crossing – John Leininger)

    (i)  *Witness List*. Filed By Matco Investments [Docket No. 189]

    **Status**: *Resolved* – Lease will be assumed by Buyer; revised cure amount shown on Contract and Cure Schedule at Docket No. 192-1.

10. *Objection and Joinder to the Texas Taxing Authorities Joint Limited Objection to the Debtors' Proposed Free and Clear Sale Transaction.* Filed by Collin County Tax Assessor/Collector [Docket No. 177] (Paul Lopez)

    **Status**: *Expected to be Resolved* – The Debtors have agreed to language in the proposed Sale Order resolving the objection of the Texas Taxing Authorities (#6, above) and expect that the proposed language will also resolve this objection.

Respectfully submitted this 22nd day of December, 2025.

**OKIN ADAMS BARTLETT CURRY LLP**

By:   /s/ *Matthew S. Okin*
      Matthew S. Okin
      Texas Bar No. 00784695
      Email: mokin@okinadams.com
      Ryan A. O'Connor
      Texas Bar No. 24098190
      Email: roconnor@okinadams.com
      Kelley Killorin Edwards
      Texas Bar No. 24129017
      Email: kedwards@okinadams.com
      1113 Vine St., Suite 240
      Houston, Texas 77002
      Tel: 713.228.4100
      Fax: 346.247.7158

**ATTORNEYS FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2025 a true and correct copy of the foregoing Agenda was served via this Court's CM/ECF notification system to those parties registered for service upon filing of the same.

By:   /s/ *Matthew S. Okin*
      Matthew S. Okin

4918-3256-0004, v. 3