IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RAZZOO'S, INC., *et al.*, | Case No. 25-90522 (ARP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF FILING REVISED PROPOSED SALE ORDER**
**(Relates to Docket No. 199)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.  On October 13, 2025, Razzoo's, Inc., *et al.*, the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases (the "Chapter 11 Cases"), filed their *Motion for (I) Entry of an Order (A) Approving Bidding Procedures; (B) Assumption and Assignment Procedures; and (C) Stalking Horse Procedures and Bid Protections; (D) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; and (E) Approving Forms of Notice Thereof; (II) Entry of an Order After the Sale Hearing Authorizing the Debtors to (A) Sell their Assets; and (B) Assume and Assign Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 69] [Docket No. 69] (the "Sale Motion") in the above-captioned cases (the "Chapter 11 Cases").

2.  On December 22, 2025, the Debtors filed a proposed order (the "Sale Order") granting the relief requested in the Sale Motion as it relates to approval of the sale to Buyer. Thereafter, the Debtors received certain additional comments to the proposed Sale Order from parties in interest and, after consultation with the Buyer and the applicable parties in interest, filed

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Razzoo's, Inc. (9753) and Razzoo's Holdings, Inc. (9608). The Debtors' service address is 14131 Midway Road, Suite 750, Addison, Texas 75001.

a revised form of Sale Order [Docket No. 199] in an effort to resolve outstanding issues and informal objections.

3. In connection with the Sale Hearing in the Chapter 11 Cases scheduled for December 23, 2025 at 1:00 p.m. (prevailing Central Time), the Debtors hereby file a redline copy of the revised proposed Sale Order [Docket No. 199] which is attached hereto as **Exhibit A**. The Sale Order is redlined against the proposed form of Sale Order [Docket No. 197] filed previously filed by the Debtors.

Respectfully submitted this 23rd day of December, 2025.

> **OKIN ADAMS BARTLETT CURRY LLP**
>
> By:     /s/ *Ryan A. O'Connor*
> Matthew S. Okin
> Texas Bar No. 00784695
> Email: mokin@okinadams.com
> Ryan A. O'Connor
> Texas Bar No. 24098190
> Email: roconnor@okinadams.com
> Kelley Killorin Edwards
> Texas Bar No. 24129017
> Email: kedwards@okinadams.com
> 1113 Vine St., Suite 240
> Houston, Texas 77002
> Tel: 713.228.4100
> Fax: 346.247.7158
>
> **ATTORNEYS FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2025, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system to all parties consenting to service through the same.

> By:     /s/ *Ryan A. O'Connor*
> Ryan A. O'Connor