**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| RAZZOO'S, INC., *et al.*, | Case No. 25-90522 (ARP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF CLOSING OF SALE**
**(Relates to Docket No. 202)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On October 1, 2025, Razzoo's, Inc., *et al*., the above-captioned debtors (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

2. After the Sale Hearing held on December 23, 2025, the Court entered its *Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of the Debtors' Assets Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 202] (the "Sale Order") which, among other things, approved the terms of that certain Asset Purchase Agreement (the "APA") between the Debtors (collectively, the "Sellers") and ThirtyThree97 LLC (the "Buyer") and authorized the Sale of Purchased Assets to Buyer as more fully set forth in the APA. An executed copy of the APA is attached to, and incorporated in, the Sale Order.

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Razzoo's, Inc. (9753) and Razzoo's Holdings, Inc. (9608). The Debtors' service address is 14131 Midway Road, Suite 750, Addison, Texas 75001.

3. Among other things, the Sale Order provides that after Closing, the Debtors shall file this *Notice of Closing* in the Chapter 11 Cases setting forth the Closing Date of the Sale of the Purchased Assets and copies of the executed transaction documents. *See* Sale Order, ¶ 34.

4. In accordance with the Sale Order and APA, the Debtors hereby provide notice that Closing Date for the Sale of the Purchased Assets and Assumed Liabilities (each as defined in the APA) occurred on December 29, 2025, and the Closing became effective at 12:01 a.m. on December 30, 2025. *See* APA, § 2.7 (defining the Effective Time and providing that the Closing shall be deemed to have occurred at 12:01 a.m. on the day following the Closing Date). Accordingly, the Debtors hereby file the following transaction documents approved by the Court's Sale Order and executed by Buyer and Sellers as Related Agreements in connection with Closing:

| **Appendix No.** | **Related Agreement** | **APA Reference** |
|---|---|---|
| 1. | Bill of Sale | Exhibit A |
| 2. | Assignment and Assumption Agreement | Exhibit B |
| 3. | Intellectual Property Assignment – Registered Trademarks | Exhibit C |
| 4. | Intellectual Property Assignment – Domain Names | Exhibit D |
| 5. | IP License Agreement | Exhibit E |
| 6. | Interim Management Agreement | Exhibit F |
| 7. | Transition Services Agreement | § 6.13 |

[*Remainder of Page Intentionally Left Blank*]

Respectfully submitted on the 2nd day of January, 2026.

**OKIN ADAMS BARTLETT CURRY LLP**

By: /s/ *Ryan A. O'Connor*

Matthew S. Okin
Texas Bar No. 00784695
Email: mokin@okinadams.com
Ryan A. O'Connor
Texas Bar No. 24098190
Email: roconnor@okinadams.com
Kelley Killorin Edwards
Texas Bar No. 24129017
Email: kedwards@okinadams.com
1113 Vine St., Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 346.247.7158

**ATTORNEYS FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

I hereby certificate that on January 2, 2026, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system to all parties consenting to service through the same.

By: /s/ *Ryan A. O'Connor*
Ryan A. O'Connor