# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RAZZOO'S, INC., *et al.*, | Case No. 25-90522 (ARP) |
| Debtors.[1] | (Jointly Administered) |

## STIPULATION AND AGREED ORDER LIFTING AUTOMATIC STAY

Razzoo's, Inc., *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and The Pointe II CC, LLC ("The Pointe II," and collectively with the Debtors, the "Parties"), hereby enter into this *Stipulation and Agreed Order Lifting Automatic Stay*, and agree as follows:

## BACKGROUND

WHEREAS, on October 1, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief (the "Chapter 11 Cases") under chapter 11, title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended and modified, the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court"). The Chapter 11 Cases are being jointly administered by the Court under the case styled *In Razzoo's, Inc., et al.*, Case No. 25-90522.

WHEREAS, prior to the Petition Date, the Debtors and The Pointe II were parties to that certain lease agreement (the "Lease") for the real property located at 1340 W. Memorial Road, Oklahoma City, Oklahoma 73114 (the "Premises") at which the Debtors conducted restaurant operations.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Razzoo's, Inc. (9753) and Razzoo's Holdings, Inc. (9608). The Debtors' service address is 14131 Midway Road, Suite 750, Addison, Texas 75001.

WHEREAS, prior to the Petition Date, the Debtors terminated the Lease, ceased operations at the Oklahoma City location, and vacated the Premises.

WHEREAS, the Lease was rejected by the Debtors effective as of the Petition Date pursuant to the Court's *Order (I) Authorizing Rejection of Certain Unexpired Leases; and (II) Granting Related Relief* [Docket No. 181].

WHEREAS, The Pointe II seeks to collect from applicable insurance policies of the Debtors for claims of damages to the Premises and associated repair costs in connection with storm damage which The Pointe II asserts occurred on or about September 24, 2024, and such claims would otherwise be stayed by section 362(a)(1) of the Bankruptcy Code.

WHEREAS, the Parties agree that the automatic stay imposed by section 362 of the Bankruptcy Code may be lifted to permit The Pointe II to proceed with claims against the applicable insurance policies *only* to determine the Debtors' liability amount, if any, and to permit The Pointe II to collect from applicable insurance policies which may afford coverage for the claims of damages and repair costs asserted.

## STIPULATION AND AGREED ORDER

NOW, THEREFORE, the Parties hereby stipulate, and the Court hereby adopts such stipulation and **ORDERS** as follows:

1. The automatic stay imposed by section 362 of the Bankruptcy Code is lifted to permit The Pointe II to pursue its insurance claim(s) against the applicable insurance policies for the alleged storm damage to the Premises which occurred on or about September 24, 2024 and the associated repair costs.

2. With respect to the Debtors, The Pointe II may only proceed with the insurance claims to determine the Debtors' liability amount, if any, and to permit The Pointe II to collect from applicable insurance policies which may afford coverage for the claims asserted.

4937-9260-2759, v. 3

3. No discovery shall be permitted against the Debtors or their successors in interest, except that the Debtors shall, upon written request, provide The Pointe II with copies of applicable insurance policies which may afford coverage for the claims asserted. The Pointe II's right to seek discovery from any third-party other than the Debtors is preserved.

4. The automatic stay imposed by section 362 of the Bankruptcy Code remains in place as to The Pointe II's efforts to collect any amount from the Debtors or their successors in interest in excess of any amounts collected from applicable insurance policies of the Debtors.

5. Notwithstanding any proof of claim filed by The Pointe II in the Chapter 11 Cases for claims arising from or related to repairs for storm damage which occurred on or about September 24, 2024, The Pointe II may not seek recovery from the estates of either Debtor or their successors in interest on account of such claims for storm damage repairs. For the avoidance of doubt, the filing of any such proof of claim by The Pointe II shall be authorized solely for purposes of preserving its rights, if any, to collect from applicable insurance policies in connection with claims for repairs due to the storm damage event and shall not entitle The Pointe II to further recovery from the Debtors, their estates, or successors in interest in the event such insurance policies are insufficient to satisfy the claims, or if the amounts not paid or reimbursed by the applicable insurance company are insufficient to satisfy the claim in full.

6. Nothing in this Order shall be construed as a finding or conclusion that The Pointe II has, or is entitled to assert, a claim against the Debtors' respective estates.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: March 10, 2026

_____
Alfredo R Pérez
United States Bankruptcy Judge

4937-9260-2759, v. 3

AGREED TO FORM AND SUBSTANCE:

**OKIN ADAMS BARTLETT CURRY LLP**

By: /s/ Matthew S. Okin
    Matthew S. Okin
    Texas Bar No. 00784695
    Email: mokin@okinadams.com
    Ryan A. O'Connor
    Texas Bar No. 24098190
    Email: roconnor@okinadams.com
    Kelley Killorin Edwards
    Texas Bar No. 24129017
    Email: kedwards@okinadams.com
    1113 Vine St., Suite 240
    Houston, Texas 77002
    Tel: 713.228.4100
    Fax: 346.247.7158

**ATTORNEYS FOR THE DEBTORS**

**CONNER & WINTERS, LLP**

By: /s/ Kiran Phansalkar
    Kiran Phansalkar
    Texas Bar No. 15895460
    Oklahoma Bar No. 11470
    Email: KPhansalkar@cwlaw.com
    1700 One Leadership Square
    211 North Robinson
    Oklahoma City, Oklahoma 73102-7101
    Tel: 405.272.5715
    Fax: 405.232.2695

**ATTORNEYS THE POINTE II CC, LLC**

4937-9260-2759, v. 3